No. DA 06-0048

IN THE SUPREME COURT OF THE STATE OF MONTANA

2007 MT 50N

CITY OF KALISPELL,

        Plaintiff and Respondent,

   v.

DAVID BRENTWOOD,

        Defendant and Appellant.

APPEAL FROM:   The District Court of the Eleventh Judicial District,
In and For the County of Flathead, Cause No. DC 2005-188C,
Honorable Stewart E. Stadler, Presiding Judge

COUNSEL OF RECORD:

        For Appellant:

        David Brentwood (pro se), Kalispell, Montana

        For Respondent:

        Hon. Mike McGrath, Montana Attorney General, Jennifer Anders,
Assistant Attorney General, Helena, Montana

        Richard Hickel, City Attorney, Kalispell, Montana

Submitted on Briefs:  September 20, 2006

Decided:  February 21, 2007

Filed:

_____
Clerk

Justice Patricia O. Cotter delivered the Opinion of the Court.

¶1 Pursuant to Section I, Paragraph 3(d)(v), Montana Supreme Court 1996 Internal Operating Rules, as amended in 2003, the following memorandum decision shall not be cited as precedent. It shall be filed as a public document with the Clerk of the Supreme Court and its case title, Supreme Court cause number and disposition shall be included in this Court's quarterly list of noncitable cases published in the Pacific Reporter and Montana Reports.

¶2 David Brentwood ("Brentwood") was involved in a traffic accident in Kalispell on October 15, 2004, and was subsequently issued three citations. Following a trial in the Kalispell Municipal Court, held on April 21, 2005, Brentwood was convicted of the following offenses: (1) failing to yield the right-of-way at the entrance to a "through highway," in violation of § 61-8-341(1), MCA; (2) failing to remain at the scene of the accident, in violation of § 61-7-104(1), MCA; and (3) operating his motor vehicle without a valid policy of liability insurance in effect, in violation of § 61-6-301(4), MCA. Consequently, the Municipal Court ordered Brentwood to pay fines and costs totaling $815.00.

¶3 Shortly thereafter, Brentwood appealed to the District Court for the Eleventh Judicial District, Flathead County. The District Court issued an Order affirming the three convictions. Brentwood now appeals to this Court, claiming that the District Court erred in rendering its Order. He appears *pro se* and raises fourteen issues for our review.

¶4 It is manifest on the face of the briefs and the record before us that this appeal is without merit. Accordingly, we conclude that our decision in this case is appropriately

2

rendered by memorandum opinion pursuant to Section I, Paragraph 3(d) of our 1996 Internal Operating Rules, as amended in 2003.

¶5 Given the hundreds of parties awaiting resolution of meritorious appeals, we will not render a full written analysis of the numerous shortcomings in the instant arguments challenging the District Court's Order. Rather, we simply note the critical deficiency in Brentwood's appellate briefing.

¶6 Pursuant to M. R. App. P. 23(a)(4), an appellant must support his or her arguments with citations to relevant legal authorities. *Rolison v. Deaconess*, 2005 MT 95, ¶ 20, 326 Mont. 491, ¶ 20, 111 P.3d 202, ¶ 20. Brentwood cites, inter alia, various Montana statutes, the Federal Rules of Criminal Procedure, the Uniform District Court Rules, cases from New Mexico, California, and Oklahoma, the Montana Constitution, and the United States Constitution. However, he cites no relevant legal authority supporting his claim that the District Court erred in fourteen separate respects.

¶7 We are consistently willing to make accommodations for *pro se* litigants by relaxing the technical requirements which do not impact fundamental bases for appeal. However, appellants ultimately have the burden of establishing error by a district court. *State v. Bailey*, 2004 MT 87, ¶ 26, 320 Mont. 501, ¶ 26, 87 P.3d 1032, ¶ 26. Here, Brentwood cannot demonstrate any error because he has failed to comply with M. R. App. P. 23(a)(4).

¶8 Accordingly, we affirm the Order of the District Court.

/S/ PATRICIA COTTER

3

We Concur:


/S/ KARLA M. GRAY
/S/ JIM RICE
/S/ JOHN WARNER
/S/ W. WILLIAM LEAPHART